ment, ninety-nine years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for consideration by this court.

The judgment is affirmed.

**PER CURIAM.**

The offense is driving while intoxicated; the punishment, three days in jail and a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

**Ewell H. BAGWELL, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27205.**

Court of Criminal Appeals of Texas.

Nov. 24, 1954.

**Thelma Aline WILSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27194.**

Court of Criminal Appeals of Texas.

Nov. 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin for the State.